JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

REGINALD DION OWENS,           )   NO. CV 10-06587 CAS (SS)
                               )
                Petitioner,    )
                               )
        v.                     )   **JUDGMENT**
                               )
UNITED STATES OF AMERICA,      )
                               )
                Respondent.    )
                               )
_____)

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

    DATED:    October 15, 2010

                              _Christine A. Snyder_
                              CHRISTINA A. SNYDER
                              UNITED STATES DISTRICT JUDGE